IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

AMY ROBERTS                                        PLAINTIFF

vs.                      Civil No. 1:08-cv-01040

MICHAEL J. ASTRUE                              DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

For reasons stated in a memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED this 24th day of June 2009.**

                                                           /s/  Barry A. Bryant
                                                           HON. BARRY A. BRYANT
                                                           U. S. MAGISTRATE JUDGE